■ JEFFREY A. GROSS, Appellant, v DEBORAH GROSS, Respondent. [789 NYS2d 447]—In a matrimonial action in which the parties were divorced by judgment dated December 20, 2001, the plaintiff appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Westchester County (Spolzino, J.), entered June 10, 2003, as, upon the denial of his motions for a downward modification of his child support obligations, is in favor of the defendant and against him in the principal sum of $58,969.10.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

"Absent a showing of an unanticipated and unreasonable change in circumstances, the support provisions of the agreement should not be disturbed" (*Matter of Boden v Boden,* 42 NY2d 210, 213 [1977]). Moreover, where the application is one for downward modification of child support, such a change in circumstances must be substantial (*see Beard v Beard,* 300 AD2d 268 [2002]). Here, the plaintiff failed to make a prima facie showing of such a change. Therefore, the denial of his motions without first conducting hearings was proper (*see Roshevsky v Roshevsky,* 267 AD2d 293, 294 [1999]; *Mitchell v Mitchell,* 170 AD2d 585 [1991]; *Nordhauser v Nordhauser,* 130 AD2d 561, 562 [1987]).

The plaintiff's remaining contentions are without merit. H. Miller, J.P., Luciano, Rivera and Lifson, JJ., concur.